# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5289**                    **September Term, 2024**

**1:25-cv-00872-JMC**

**Filed On:** August 18, 2025

Coalition for Humane Immigrant Rights, et al.,

      Appellees

    v.

Kristi Noem, in her official capacity as
Secretary of Homeland Security, et al.,

      Appellants


    **BEFORE:**   Henderson, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for a stay pending appeal, which includes a request for an immediate administrative stay, it is

**ORDERED** that the district court's August 1, 2025 order be administratively stayed pending further order of the court insofar as it may have the effect of precluding the government from initiating expedited removal proceedings pursuant to 8 C.F.R. §§ 1.2 and 235.3(b)(1)(i). However, this administrative stay does not apply insofar as the district court's order prohibits the government from applying expedited removal to former parolees who have been continuously present in the United States for longer than two years. Appellants do not seek a stay pending appeal to the extent the district court's order has that effect. The purpose of this administrative stay is to give the court sufficient opportunity to consider the emergency motion for stay pending appeal and should not be construed in any way as a ruling on the merits of that motion or the scope of the district court's order. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2025). It is

**No. 25-5289**                                          **September Term, 2024**

     **FURTHER ORDERED**, on the court's own motion, that appellees file a response to the emergency motion by August 22, 2025, and that appellants file any reply by August 27, 2025.

<u>**Per Curiam**</u>

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
       Lynda M. Flippin
       Deputy Clerk